In the Matter of SCOTT A. Cox, Respondent, v TRACEY L. BREWER, Appellant. [810 NYS2d 700]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered January 5, 2005 in a proceeding pursuant to Family Court Act article 6. The order awarded custody of the children to petitioner and visitation to respondent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Hayes, JJ.